IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA ARMENTROUT, nee SAMANTHA CASE<br>　　　　　　Plaintiff<br><br>vs.<br><br>CBE GROUP, INC.<br>　　　　　　Defendant | CIVIL ACTION<br><br><br><br>NO. 13-cv-5312(JLS) |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

　　Kindly dismiss the above matter pursuant to Local Rule 41.1(b).


DATED: February 24, 2014　　　　　　　*/s/ Andrew M. Milz*
　　　　　　　　　　　　　　　　　　　Andrew M. Milz
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　**FLITTER LORENZ, P.C.**
　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　Narberth, PA  19072
　　　　　　　　　　　　　　　　　　　(610) 822-0782